UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IQBAL HOSSAIN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-261 |
| | § | |
| AECOM, *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the parties' Stipulation of Dismissal with Prejudice (D.E. 6), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 16th day of November, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE